[No. 66355-1-I.   Division One.   July 2, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. KIMBERLY MARIE LINDBERGH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-02517-7, Timothy A. Bradshaw, J., entered November 15, 2010. *Remanded with instructions* by unpublished per curiam opinion.

[No. 67128-6-I.   Division One.   July 2, 2012.]

*In the Matter of the Marriage of* TODD K. PARKER, *Appellant*, and SHERRY M. PARKER, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 09-3-08170-4, James A. Doerty, J., entered April 8, 2011. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Cox, J., concurred in by Leach, C.J., and Schindler, J.

[No. 68333-1-I.   Division One.   July 2, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER EUGENE SIMMS, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. ADRIAN TUBIS BROUSSARD, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 09-1-04280-4, John A. McCarthy, J., entered August 6, 2010. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Dwyer and Lau, JJ.

[No. 65498-5-I.   Division One.   July 9, 2012.]

CARGOLUX AIRLINES INTERNATIONAL, SA, *Respondent*, v. SEA-TAC AIR CARGO LIMITED PARTNERSHIP, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-2-19293-8, Jay V. White, J., entered May 13, 2010. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Leach, C.J., concurred in by Appelwick and Schindler, JJ.